IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELAINE GARCIA-SUAREZ,

      Petitioner,

v.                                      Civ. No.  2:26-cv-00665-KG-SCY

PAMELA BONDI, et al.,

      Respondents.

## ORDER TO SUPPLEMENT THE RECORD

Petitioner, appearing pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on March 2, 2026.  Doc. 1.  She asserts that her detention violates the Immigration and Nationality Act but provides limited factual detail.  The Government states that it has "not received any documents" about the case and is "unable to determine if any facts exist contrary to" Petitioner's claims.  Doc. 6 at 1. Given the absence of a developed factual record, the Court cannot determine whether relief is warranted. Accordingly, the Court orders Petitioner to file supplemental briefing within ten (10) business days of receiving this Order, describing:

- How she entered the United States, including the date and place of entry;
- Whether she was admitted or given parole;
- Whether she has been placed in removal or expedited removal proceedings;
- Information about her ties to the community, such as any family members and her work history;
- Any other facts about her entry or immigration status that may assist the Court.

Respondents may file a response within ten (10) business days of Petitioner's supplemental filing.  The Court will mail a copy of this Order to the Otero County Processing Center, where Petitioner is detained.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.